IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:12 CR 232 |
| | ) | |
| vs. | ) | **ORDER FOR BENCH WARRANT** |
| | ) | |
| **JERRY RIVERS** | ) | |
| a/k/a "J-Bo" | ) | |
| | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond, if any, to be set by the Judicial Officer before whom the defendant initially appears.

_____
BRISTOW MARCHANT
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

March 14, 2012

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
Peter T. Phillips
Assistant U.S. Attorney
P.O. Box 978
Charleston, SC 29402
Tel. (843) 727-4381