IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 2:12-00232 |
| | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | |
| JERRY RIVERS | ) | MOTION FOR BOND |

COMES NOW, the Defendant, by and through his undersigned counsel, and moves this Court for a bond and a hearing on this motion for bond.

                Respectfully submitted,

                s/ Rose Mary Parham
                Attorney for Defendant
                Parham Law Firm, LLC
                152 South McQueen Street
                Post Office Box 1514
                Florence, South Carolina 29503
                843.407.7757
                Attorney ID #07291

Florence, South Carolina

June 4, 2012